

**PALILLOLAW**
MICHAEL B. PALILLO, PC

Michael B. Palillo
Ryan Amato

BROADWAY CHAMBERS BUILDING
277 BROADWAY
SUITE 501
NEW YORK, NEW YORK 10007

P 212.608.8959
F 212.608.0304

mpalillo@palillolaw.com
ramato@palillolaw.com

June 15, 2017

**VIA ECF**
Magistrate James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

RE: Gary Hayes v. Talib and
Harris-Camden Terminal Co.
1:16-cv-02866-FB-JO

Dear Magistrate Orenstein:

This office has been retained to represent Gary Hayes in substitution of Subin Associates LLP. Enclosed please find our notice of appearance and consent to change attorney.

Kindly note our appearance and direct all future correspondence regarding this matter directly to the office of the undersigned.

Very truly yours,

Michael B. Palillo Esq.

ccvia EC:
Lewis, Johs, Avallone, Aviles LLP
One CA Plaza, Suite 225
Islandia, New York 11749
Your File#: 0290.1007.0000
Att: Jessica Klotz Esq.
jklotz@lewisjohs.com